SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**LEAH K. BOLSTAD, OSB #052039**
Leah.Bolstad@usdoj.gov
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:24-cr-00460-MTK** |
| **v.** | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| **ALFREDO TERRERO-ORTEGA,** | |
| **Defendant.** | |

After serving a 5-year prison term for his 2019 conviction for Attempt Assault I with a Firearm, defendant absconded from supervision for sixteen months and committed this new firearm felony. He is a sex offender who has a history of poor compliance with the rules of supervision. He is undeterred from possessing firearms. He commits new firearm-related crimes while on supervision. The government recommends, as a sentence sufficient but not greater than necessary, a mid-range sentence of 42 months' imprisonment, followed by three years of supervised release with all the standard conditions, and a $100 fee assessment.

//

//

**Government's Sentencing Memorandum**                                        **Page 1**

I.    **Background**

A.    **Defendant's Status as a Felon and Sex Offender**

In January 2018, defendant was convicted of Sex Abuse II and Criminal Mistreatment in Washington County Circuit Court. PSR ¶ 35. He received a 20-month prison sentence. *Id*. For this crime, he was required to register as a sex offender. PSR ¶ 37.

In February 2019, defendant was convicted of Attempt to Commit Assault I with a Firearm and Unlawful Use of a Weapon with a Firearm in Washington County Circuit Court. PSR ¶ 36. He received a 60-month prison sentence. *Id*.

On January 31, 2023, defendant was released from Oregon Department of Corrections to post-prison supervision in the community. This is after the Oregon Department of Corrections chose to not honor an ICE detainer. Had that detainer been honored, defendant would have been deported to Mexico upon his release in January 2023. In June 2023, within five months of his release from Oregon DOC, defendant absconded from his post-prison supervision out of Washington County.

On June 29, 2023, Gresham police responded to reports that defendant had engaged in domestic violence towards an adult female (Y.M.) with whom he had been residing in an apartment in Gresham. PSR ¶ 44. Defendant's Washington County probation officer had not approved this out-of-county address, nor would she have approved it given that there were three minor children residing there. The adult female reported that defendant threatened to kill her and shoved her to the ground as she was holding her baby. PSR ¶ 44. Defendant put his hands around Y.M.'s neck and strangled her, causing her to have difficulty breathing. *Id*.  Defendant ran away from the apartment, and he was not apprehended at this time.

**Government's Sentencing Memorandum**                                                    **Page 2**

In November 2024, the USMS assisted in locating and apprehending defendant on his state parole violation warrant. PSR ¶ 13. He was caught in Portland, walking outside the apartment where he resided with his girlfriend, C.E. PSR ¶ 13; ECF No. 12 (Def. Mot. for Pretrial Release) at 7. Again, defendant's Washington County probation officer had not approved this out-of-county address.

**B.    The Offense Conduct**

On November 7, 2024, surveillance officers observed defendant walking southbound on NE MLK Blvd, in Portland, Oregon, while holding a black satchel in his hand. As multiple uniformed deputies approached defendant, he dropped the black satchel. The deputies took him into custody and secured the satchel in a vehicle. While moving it, a deputy felt a heavy rigid object that felt like a handgun. The deputy obtained a search warrant for the satchel and inside, found a loaded 9mm Beretta pistol, a dark blue Samsung phone, small quantities of methamphetamine, multiple Zip lock baggies, handwritten credit card information, and various vehicle documents linked to defendant's girlfriend, C.E. A search of the phone revealed usernames linked to defendant. The 9mm Beretta pistol was manufactured outside of Oregon, and thus it moved in interstate commerce to be found in Oregon.

Defendant has prior felony convictions for: (i) 2019 Att. Assault I with a Firearm and UUW with a Firearm (Washington County), and (ii) 2018 Sex Abuse II and Criminal Mistreatment I (Washington County), for which he was sentenced to 60 months and 20 months respectively. After having served prison sentences for terms exceeding one year, defendant knew he had been convicted of crimes punishable by imprisonment for more than one year.

### C.    The Charge

On December 17, 2024, the grand jury returned a single-count indictment charging defendant with Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g). ECF No. 1. After completing a 180-day post-prison supervision sanction in Washington County, defendant made his initial appearance in this federal case on May 7, 2025. ECF No. 6. On October 3, 2025, defendant pleaded guilty to Count 1 of the Indictment charging Felon in Possession of a Firearm, a violation of Title 18, United States Code, Section 922(g)(1).

### D.    The Sentencing Guidelines Applied to This Case

By plea agreement, the parties stipulated and agreed to the following guidelines which are accurately reflected in the PSR computations:

| Count 1: 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm | | |
|---|---|---|
| USSG § 2K2.1(a)(4)(B) | Base Offense Level | 20 |
| USSG § 2K2.1(b)(4)(A) | Stolen Firearm | +2 |
| USSG §3E1.1(a) and (b) | Acceptance of Responsibility | -3 |
| | **Total Offense Level** | 19 |
| | **Criminal History Category** | IV (PSR ¶ 40) |

At TOL 19, CHC IV, the advisory guideline range is 46-57 months' imprisonment. PSR ¶ 77. Pursuant to the plea agreement, the government is recommending a 2-level downward variance from this advisory guideline range to reward defendant for his early resolution of this matter prior to the second trial setting.  Plea ¶ 9. With this 2-level downward variance, the range at level 17, CHC IV, is 37-46 months' imprisonment.

### E.    Forfeiture

As part of his plea agreement, defendant agreed to forfeit all right, title, and interest in and to all assets which are subject to forfeiture pursuant to 18 U.S.C. § 924(d) and/or 28 U.S.C. § 2461(c) including all firearms involved in the offense, including associated ammunition.  A

**Government's Sentencing Memorandum**                                                    **Page 4**

Preliminary and Final Order of Forfeiture was entered into the record on October 2, 2025, ECF No. 23.  At time of sentencing, the Government will present and request the court to enter a Final Order of Forfeiture for this case.

## II.    Government's Recommended Sentence

This defendant has no business being around firearms.  He comes before the court after committing a serious crime of violence in 2018 – Attempt Assault I *with a Firearm*.  In that case, he was charged with and convicted of attempting to cause serious physical injury to a man by means of a dangerous weapon, a handgun.  PSR ¶ 36.

While on post-prison supervision, he absconded within the first five months of his 3-year term of supervision.  While in abscond status, he lived in an unauthorized residence and became the subject of a concerning domestic violence report in which it was alleged that he strangled and threatened to kill his girlfriend while she held her baby. PSR ¶ 44.

Supervision is not enough to protect the community from this offender. The government recommends a sentence of 42 months' imprisonment, followed by a three-year term of supervised release, and a $100 fee assessment. Such a sentence is sufficient, but not greater than necessary, to accomplish the goals of sentencing.

Dated: January 7, 2026                                    Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Leah K. Bolstad*
LEAH K. BOLSTAD, OSB #052039
Assistant United States Attorney